In the Matter of MORRIS GLUCK et al., Respondents-Appellants, against GLUCK BROS., INC., et al., Appellants-Respondents.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of 47TH STREET RESTAURANT CORP., Petitioner, against JOHN F. O'CONNELL et al., Constituting the New York State Liquor Authority, Respondents.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

JOSEPH WEISS, Respondent, v. GENERAL DENTAL SUPPLY CO., INC., Appellant.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

HENRY HALMOS et al., Appellants, v. LOUIS SCHLEIFER et al., Defendants, and L. V. HOFFMAN & Co., INC., et al., Respondents.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

JOSEPH WEISS, Respondent, v. GENERAL DENTAL SUPPLY CO., INC., Appellant.— In view of the adoption of rule X of the Trial Term Rules of the New York County Supreme Court (adopted Dec. 3, 1951, eff. Jan. 1, 1952), we think the examination of plaintiff by defendant should be permitted. Even if we assume that the rule was inapplicable, the record sufficiently discloses special circumstances warranting the examination. Settle order on notice. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

ROSEMARY WILLIAMSON, Respondent, v. NORTHWESTERN FIRE AND MARINE INSURANCE COMPANY, Appellant. (Action No. 1.) WALTER B. NICORA et al., Plaintiffs, v. SIDNEY M. LEVY et al., Defendants. (Action No. 2.) — No opinion. Settle order on two days' notice. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

FELIX LILIENTHAL & Co., INC., Respondent, v. MILTON J. GREENEBAUM et al., Appellants, et al., Defendants.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.